# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 23, 2005

NOTICE OF REASSIGNMENT

Re:     Wendy Dean vs.  City of Opelika
        Civil Action No.  3:05cv757-W

The above-styled case has been  reassigned to Judge Mark E. Fuller.

Please note that the case number is now 3:05cv757-F.   This new case number should be used on all future correspondence and pleadings in this action.