IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WENDY DEAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 3:05-cv-757-W |
| ) | |
| CITY OF OPELIKA, ) | |
| a municipal corporation, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE AND**

**MOTION FOR ENLARGEMENT OF TIME TO RESPOND**

COMES NOW the undersigned and herewith enters his notice of appearance as attorney of record for Defendant City of Opelika.  The undersigned has only recently received the Complaint and has not had an opportunity to meet and discuss with his client and is in need of additional time in which to respond to said Complaint.   Defendant requests an enlargement of time of ten (10) days or until September 28, 2005, without waiving any defenses, including Rule 12(b) *F.R.C.P.*, in which to respond to plaintiff's Complaint.  Defendant submits the requested enlargement of time is short in nature, will not prejudice plaintiff nor delay the trial and will allow Defendant adequate time to prepare a response.

    /s/    Randall Morgan
RANDALL MORGAN [MORG8350]
Attorney for Defendant City of Opelika

OF COUNSEL:

HILL, HILL, CARTER, FRANCO
   COLE & BLACK, P.C.
425 S. Perry Street
Montgomery, AL 36104
(334) 834-7600
(334) 263-5969...FAX

## CERTIFICATE OF SERVICE

     I hereby certify that on this the 14th day of September, 2005, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following via email:

Edward I. Zwilling
Schwartz, Zweben & Slingbaum, LLP
300 Office Park Drive, Suite 217
Birmingham, AL 35223
ezwilling@szalaw.com


          /s/ Randall Morgan
      RANDALL MORGAN [MORG8350]
      Attorney for Defendant City of Opelika