IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WENDY DEAN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:05-cv-757-F |
| | ) |
| CITY OF OPELIKA, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the Motion for Extension of Time to File Answer (Doc. #5) filed on September 14, 2005, it is hereby

ORDERED that the motion is GRANTED to and including September 28, 2005.

DONE this 19th day of September, 2005.

                                                                /s/  Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE