IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WENDY DEAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:05-cv-757-F |
| | ) | |
| CITY OF OPELIKA, | ) | |
| a municipal corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT OF PARTIES' PLANNING MEETING

1.      Pursuant to Fed.R.Civ.P.26(f), a meeting was held on September 26, 2005, and was attend by :

    Edward I. Zwilling, counsel for Plaintiff.
    Randall Morgan, counsel for the Defendant

2.      Pre-Discovery Disclosures.  The Parties will exchange the information required by Fed.R.Civ.P.26(a)(1) by November 21, 2005.

3.      Discovery Plan.  Discovery will be required on the allegations made in Plaintiff's complaint and the defenses raised in Defendant's answer.  The parties jointly propose to the court the following discovery plan:

    a.      All discovery commenced in time to be completed by one week before pre-trial conference;

    b.      A total of 30 Interrogatories and 30 Requests for Production by the Plaintiff and by the Defendant to any other party.

    c.      A total of 30 Requests for Admission by the Plaintiff and by the Defendant to any other party.

    d.      The parties have agreed to limit depositions to a total of eight (8) on behalf of either party except by agreement of the parties or for good cause.

    e.      Each deposition, except for Plaintiff, corporate representative of Defendant, and experts shall be limited to a maximum of 6

hours unless extended by agreement of parties,

f.  Reports from retained experts under Rule 26(a)(2) due:
    From Plaintiff by March 30, 2006.
    From Defendant by May 1, 2006.

g.  The parties agree to supplement discovery pursuant to Rule 26(e).

4.  Other items.

a.  The parties <u>do not request</u> a conference with the court before entry of the Scheduling Order.  To the extent the Court prefers to hold such a conference, the parties respectfully request that it be handled telephonically.

b.  The parties request a pre-trial conference in September 2006.

c.  Plaintiff should be allowed until January 17, 2006, to join additional parties and until January 17, 2006, to amend pleadings.

d.  Defendant should be allowed until February 17, 2006, to join additional parties and until February 17, 2006, to amend pleadings.

e.  All potentially dispositive motions should be filed ninety days before pre-trial conference.

f.  As this matter has only recently been filed, settlement cannot be evaluated at this time, although the parties are hopeful that they will be able to reach an amicable resolution of this matter and will negotiate in good faith in this regard.

g.  Final lists of witnesses under Rule 26(a)(3) should be due:

    From Plaintiff by two weeks before pre-trial conference.

    From Defendant by two weeks before pre-trial conference.

h.  Final lists of exhibits under Rule 26(a)(3) should be due 15 days before trial date.

I.  Parties shall have 10 days after service of final lists of witnesses to list objections under Rule 26(a)(3).  Parties shall

have 7 days after service of exhibit lists to file objections.

The case should be ready for trial by November 6, 2006, and at this time is expected to take approximately two - three days.


___/s/ Edward I. Zwilling_____          _/s/____Randall Morgan____
EDWARD I. ZWILLING                          RANDALL MORGAN
Attorney for Plaintiff                      Attorney for Defendant City of Opelika
Schwartz, Zweben & Slingbaum, LLP           HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.
300 Office Park Drive, Suite 217            425 S. Perry Street
Birmingham, AL 35223                        Montgomery, AL 36104
ezwilling@szalaw.com                        rmorgan@hillhillcarter.com
(205)871-8089                               (334) 834-7600
(205) 871-8091...FAX                        (334) 263-5969...FAX