IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WENDY DEAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 3:05-cv-757-W |
| ) | |
| CITY OF OPELIKA, ) | |
| a municipal corporation, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO FILE AMENDED ANSWER

COMES NOW the Defendant City of Opelika and herewith moves to file an Amended Answer in this matter. In support of said motion, Defendant states as follows:

1. Pursuant to the Uniform Scheduling Order entered by this Honorable Court, the parties may amend pleadings up to and including January 23, 2006.

2. Defendant timely seeks to file an Amended Answer to Plaintiff's Complaint in accordance with the Uniform Scheduling Order.

3. Said Amended Answer shall be filed contemporaneously with this motion.

WHEREFORE, Defendant respectfully requests that this Court permit Defendant to file an Amended Answer to Plaintiff's Complaint.

Done this 23rd day of January, 2006.

                                            s/ Randall Morgan
                                            RANDALL MORGAN [MORG8350]
                                            Attorney for Defendant City of Opelika

OF COUNSEL:

**HILL, HILL, CARTER, FRANCO**
   **COLE & BLACK, P.C.**
P. O. Box 116
Montgomery, AL 36101
(334) 834-7600
(334) 263-5969-Fax

## CERTIFICATE OF SERVICE

     I hereby certify that on this the 23rd day of January, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following via email:

Edward I. Zwilling
Schwartz, Zweben & Slingbaum, LLP
300 Office Park Drive, Suite 217
Birmingham, AL 35223
ezwilling@szalaw.com

                                            /s/ Randall Morgan
                                            RANDALL MORGAN [MORG8350]
                                            Attorney for Defendant City of Opelika