IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WENDY DEAN, ) | |
| ) | |
|    Plaintiff, ) | |
| v. ) | CASE NO. 3:05-cv-757-MEF |
| ) | |
| CITY OF OPELIKA, ) | |
| ) | |
|    Defendant. ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Amend/Correct Answer to Complaint (Doc. #10) filed on January 23, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 24th day of January, 2006.

                                                   /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE