UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WENDY DEAN,

    Plaintiff,

vs.                                        Case # 3:05-cv-00757-MEF-SRW

CITY OF OPELIKA,
a municipal corporation,

    Defendant.
_____/

## JOINT MOTION TO CONTINUE

    COME NOW the parties in the above-styled cause and respectfully request this honorable Court to continue the trial of this matter and in support thereof show as follows:

    1.    This is a claim brought pursuant to Title II of the Americans with Disabilities Act seeking the removal of barriers to access in the facilities, programs and services offered by the City of Opelika.

    2.    The parties inspected the facilities subject to this claim (primarily certain city sidewalks with regard to parking and curb cuts and programs and services offered through the City of Opelika's Parks and Recreation Department) on April 20, 2006. Plaintiff has requested that her expert expedite his report and the parties anticipate receiving the report and recommendations of Plaintiff's expert by the end of this month.

    3.    The parties are interested in attempting to resolve the disputed issues in this matter upon receipt of the report and recommendations of Plaintiff's expert without

1

conducting further discovery in an attempt to minimize further litigation expenses that may be unnecessary.

4. Plaintiff has already requested her expert expedite his report a month before it is due. However, there is a dispositive motion cut off date of June 26, 2006. Given the nature of this litigation, it is anticipated that the negotiation stage will be time consuming and laborious. The parties would like to have additional time to negotiate before having to incur the expense of depositions and submitting dispositive motions.

5. Toward this end, the parties jointly request that this Court continue the trial of this matter from its current setting on November 6, 2006 to the next available date to conduct the trial of this matter, which the parties have been informed is March 12, 2007.

6. The continuance of the trial date as requested herein will afford the parties the opportunity of conducting meaningful settlement negotiations while minimizing potentially unnecessary litigation expenses.

7. This motion is filed in good faith and is not interposed for purposes of delay.

Dated this 12th day of May 2006.

| | |
|---|---|
| Edward I. Zwilling, Esq. | Randall Morgan, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Schwartz Zweben & Associates | Hill, Hill, Carter, Franco, Cole & Black, P.C. |
| 300 Office Park Drive, Suite 217 | 425 S. Perry Street |
| Birmingham, Alabama, 35223 | Montgomery, Alabama 36104 |
| Telephone: (205) 871-8089 | Telephone: (334) 834-7600 |
| Facsimile: (205) 871-8091 | Facsimile: (334) 263-5969 |
| Email: ezwilling@szalaw.com | Email: rmorgan@hillhillcarter.com |
| | |
| By: /s/ Edward I. Zwilling | By: /s/ Randall Morgan |
| Edward I. Zwilling | Randall Morgan |