IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WENDY DEAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:05-cv-757-MEF |
| | ) | |
| CITY OF OPELIKA, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of the Joint Motion to Continue (Doc. #13) filed by the parties on May 12, 2006, it is hereby

ORDERED that the motion is GRANTED. The Uniform Scheduling Order (Doc. #9) entered on November 8, 2005 is VACATED. An Amended Scheduling Order will be entered.

DONE this the 17th day of May, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE