UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WENDY DEAN,

    Plaintiff,

                                            Case # 3:05-cv-00757-MEF-SRW

vs.

CITY OF OPELIKA,
a municipal corporation,

    Defendant.

_____/

## UNAPPOSED MOTION FOR EXTENSION

COMES NOW the Defendant and shows unto this honorable Court that it has recently received the report from Plaintiff's expert. Based on the report there is the possibility that the Defendant may have indemnification claims against other parties. The current deadline for adding new parties is July 31, 2006. The Defendant is in need of additional time in which to further review the report and other documents to determine whether or not it in fact will add other parties. As such, the Defendant respectfully requests an extension until August 31, 2006.

The Plaintiff's attorney has advised that he has no objection to this request which is short in nature, will not unduly prejudice plaintiff, and will not delay the trial of this case.

Dated this 14th day of July, 2006.

                                                   /s/    Randall Morgan
                                                 RANDALL MORGAN [8350R70R]
                                                 Attorney for Defendant City of Opelika
                                                 HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.
                                                 425 S. Perry Street
                                                 Montgomery, AL 36104
                                                 (334)834-7600
                                                 (334) 263-5969...FAX

1

CERTIFICATE OF SERVICE

      I hereby certify that on this the 14th day of July, 2006, via: email and/or U. S. Mail to the following:

Edward I. Zwilling
Schwartz, Zweben & Slingbaum, LLP
300 Office Park Drive, Suite 217
Birmingham, AL 35223
ezwilling@szalaw.com

                          /s/ Randall Morgan
                          RANDALL MORGAN [MORG8350]
                          Attorney for Defendant City of Opelika