IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WENDY DEAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:05-cv-757-MEF |
| | ) | |
| CITY OF OPELIKA, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

Upon consideration of the defendant's Motion for Extension of Time to Amend (Doc. #16) filed on July 14, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 18th day of July, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE