IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WENDY DEAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:05-cv-757-MEF |
| | ) | |
| CITY OF OPELIKA, | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

It is hereby ORDERED that the trial of this case set for March 12, 2007 is continued to the civil trial term commencing on **April 2, 2007** in Opelika, Alabama.

All other deadlines set out in the Amended Scheduling Order entered by the court on May 17, 2006 remain in full force and effect.

DONE this 25th day of July, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE