UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WENDY DEAN,

    Plaintiff,

                                         Case # 3:05-cv-00757-MEF-SRW

vs.

CITY OF OPELIKA,
a municipal corporation,

    Defendant.
_____/

## UNOPPOSED MOTION FOR EXTENSION

      COMES NOW the Defendant the City of Opelika and herewith shows unto the Court that Plaintiff and Defendant are engaged in settlement negotiations and are optimistic that this case will be settled. Under the Court's current scheduling deadline, however, the exchange date for compliance by the Defendant under Section 8 regarding designation of experts is December 15, 2006. Rather than expend additional time and money to comply with the December 15, 2006 date for Section 8 disclosure, the parties would rather continue settlement negotiations. The Defendant respectfully requests an extension of one (1) month or until January 15, 2007 in which to comply with Section 8 of the Court's Scheduling Order.

      The requested extension is short in nature and will still allow the parties adequate time to take any necessary depositions and to timely complete discovery. It also will not affect the trial which is not scheduled until May 15, 2007 or four (4) months after the requested extension by the Defendant.

      Plaintiff's attorney has advised he has no objection to this requested extension.

WHEREFORE, these premises prayed, the Defendant moves this Court to grant the extension as requested for compliance with Section 8 of the Court's Scheduling Order.

Dated this 1st day of December, 2006.

/s/ *Randall Morgan*
RANDALL MORGAN [8350R70R]
Attorney for Defendant City of Opelika
HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.
425 S. Perry Street
Montgomery, AL 36104
(334)834-7600
(334) 263-5969...FAX

CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of December, 2006, via: email and/or U. S. Mail to the following:

Edward I. Zwilling
Schwartz, Zweben & Slingbaum, LLP
300 Office Park Drive, Suite 217
Birmingham, AL 35223

/s/ *Randall Morgan*
RANDALL MORGAN [MORG8350]
Attorney for Defendant City of Opelika