IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WENDY DEAN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:05-cv-757-MEF |
| ) | |
| CITY OF OPELIKA, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

It is ORDERED that the trial of this case set for April 2, 2007 is continued to April 9, 2007 at 10:00 A.M. in the United States Courthouse, Opelika, Alabama.

All other deadlines set out in the Uniform Scheduling Order remain in full force and effect.

DONE this the 5th day of February, 2007.

                                                /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE