IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WENDY DEAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:05-cv-757-MEF |
| | ) | |
| CITY OF OPELIKA, | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved.  Accordingly, it is hereby ORDERED:

1.  That the pretrial conference scheduled for February 22, 2007 and trial set for April 2, 2007 are continued generally.

2.  That the parties file a joint stipulation of dismissal on or before March 22, 2007

DONE this the 21st day of February, 2007

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE