UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WENDY DEAN,

    Plaintiff,

vs.                                        Case # 3:05-cv-00757-MEF-SRW

CITY OF OPELIKA,
a municipal corporation,

    Defendant.
_____/

## MOTION FOR EXTENSION

COMES NOW the Defendant and herewith moves this Court to grant an additional 14 days in which to complete the paperwork for the settlement of this case. The undersigned represents a municipal corporation and the proposed settlement has to be reviewed by several members of the City. As such, Defendant has been unable to submit to Plaintiff's attorney the proposed settlement draft. The Defendant and Plaintiff's attorney have conferred and Plaintiff's attorney has no opposition to this requested extension.

WHEREFORE THESE PREMISES PRAYED the undersigned moves this Court to enter an Order granting an additional fourteen (14) days in which to complete the paperwork to finalize the settlement of this case.

Dated this 22nd day of March, 2007.

                                                /s/   *Randall Morgan*
                                        RANDALL MORGAN [8350R70R]
                                        Attorney for Defendant City of Opelika
                                        HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.
                                        425 S. Perry Street
                                        Montgomery, AL 36104
                                        (334)834-7600
                                        (334) 263-5969...FAX

1

## CERTIFICATE OF SERVICE

I hereby certify that on this the 22nd day of March, 2007, via: email and/or U. S. Mail to the following:

Edward I. Zwilling
Schwartz, Zweben & Slingbaum, LLP
300 Office Park Drive, Suite 217
Birmingham, AL 35223
**ezwilling@szalaw.com**


/s/   *Randall Morgan*
RANDALL MORGAN [MORG8350]
Attorney for Defendant City of Opelika