IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WENDY DEAN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:05-cv-757-MEF |
| ) | |
| CITY OF OPELIKA, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of the Motion for Extension (Doc. #24) filed on March 22, 2007, it is hereby

ORDERED that the motion is GRANTED to and including April 5, 2007.

DONE this the 23rd day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE