UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WENDY DEAN,

    Plaintiff,

vs.                            Case # 3:05-cv-00757-MEF-SRW

CITY OF OPELIKA,
a municipal corporation,

    Defendant.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

**COME NOW**, the parties, by and through their respective attorneys of record and herewith agree and stipulate that this case is to be dismissed with prejudice with each party to bear her or its own costs except as agreed in the Settlement Agreement of the parties.

                      /s/ *Edward I. Zwilling*
                      EDWARD I. ZWILLING
                      Attorney for Plaintiff

OF COUNSEL:
Schwartz, Zweben & Slingbaum, LLP
300 Office Park Drive, Suite 217
Birmingham, AL 35223

                      /s/ *Randall Morgan*
                      RANDALL MORGAN [MORG8350]
                      Attorney for Defendant City of Opelika

OF COUNSEL:
HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.
425 S. Perry Street
Montgomery, AL 36104

1