**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 6, 2007

## NOTICE OF ERROR

To:     All Counsel of Record

Case Style:   Dean v. City of Opelika

Case Number:   3:05cv00757-MEF

Referenced Pleading:   Joint Stipulation of Dismissal

Docket Entry Number:   26

**The referenced pleading was filed on \*\*\*April 5, 2007\*\*\* in this case and is hereby STRICKEN as a duplicate docket entry.  This pleading was E-filed by counsel.**

**Docket Entry 26 was an erroneous duplicate docket entry.  Parties are instructed to disregard #26 docketing entry and refer to docket entry # 27 for correction.**